FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 MAR 28  PM 3: 36

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
LINCOLN DIVISION

| | |
|---|---|
| GEORGE BROTHERS PROPANE AND FERTILIZER CORPORATION, A Nebraska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MENNONITE MUTUAL AID INSURANCE COMPANY AND NAOMI CORNELIUS, PERSONAL REPRESENTATIVE of the ESTATE OF ROBERT A. PENNER, DECEASED,<br><br>Defendants,<br><br>------<br><br>MMA INSURANCE COMPANY,<br><br>Defendant/Cross-Claimant,<br><br>v.<br><br>THE ESTATE OF ROBERT A. PENNER, SR., (DECEASED) and NAOMI CORNELIUS, as PERSONAL REPRESENTATIVE of the ESTATE OF ROBERT A. PENNER, DECEASED,<br><br>Defendants/Cross-Claim Defendants | No. 4:07-cv-03053-RGK-DLP<br><br>**ORDER** |

Pursuant to Federal Rules of Civil Procedure 7(b)(1) and 26(c)(7) and Local Rule 7.1, the above-entitled matter came on before this Court on the motion of Defendant/Cross-Claimant MMA Insurance Company (("MMA") incorrectly identified

{00419127.DOC}

in Plaintiff George Brothers Propane and Fertilizer Corporation's ("George Brothers'") Complaint and Amended Complaint as "Mennonite Mutual Aid Insurance Company") for a Protective Order preserving the confidentiality of protected health information of Robert A. Penner, Sr. (Deceased) ("Penner").

Based upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant/Cross-claimant MMA's Motion for Entry of Protective Order (1) prohibiting the parties from using or disclosing Mr. Penner's protected health information for any purpose other than the litigation; (2) requiring the parties to destroy documents containing Mr. Penner's protected health information, and any copies made thereof, is GRANTED.

**BY THE COURT:**

Dated: 3/28/07

The Honorable
U.S. ~~District Court~~ Magistrate Judge

{00419127.DOC}