IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE BROTHERS PROPANE AND FERTILIZER CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3053 |
| v. | ) ) | |
| MMA INSURANCE COMPANY and NAOMI CORNELIUS, Personal Representative of the Estate of Robert A. Penner, Deceased, | ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

  Plaintiff has filed a demand for jury trial, filing 24. I shall construe the filing as a motion for jury trial pursuant to Fed. R. Civ. P. 39(b). As such, the other parties will be given time to respond to the motion.

  IT THEREFORE HEREBY IS ORDERED,

  The defendants are given until June 14, 2007 to respond to the pending motion for jury trial.

  DATED this 6th day of June, 2007.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge