```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GEORGE BROTHERS PROPANE AND FERTILIZER CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3053 |
| v. | ) ) | |
| NAOMI CORNELIUS, Personal Representative of the Estate of Robert A. Penner, Deceased, and MMA INSURANCE COMPANY, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) ) | |

This matter comes before this Court on Defendant/Cross-claimant/Cross-claim Defendant MMA Insurance Company's ("MMA's") Motion for a protective Order, filing 48, designating that only parties to this federal action and their counsel be allowed to attend the depositions noticed by MMA and any subsequent deposition taken in this case.  The court has now been advised that the motion is unopposed.  Due notice having been given, and good cause having been shown, the Court enters the following Protective Order.

   IT THEREFORE HEREBY IS ORDERED:

   Only the deponent, the parties to this case, their counsel, and a court reporter and/or a videographer shall be allowed to attend depositions of witnesses noticed in this case.  No other parties or counsel shall be allowed to attend or otherwise participate in the depositions noticed in this case.

   DATED this 8th day of August, 2007.

                         BY THE COURT:

                         s/ *David L. Piester*
                         David L. Piester
                         United States Magistrate Judge