```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GEORGE BROTHERS PROPANE AND FERTILIZER CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3053 |
| v. | ) ) | |
| MMA INSURANCE COMPANY and NAOMI CORNELIUS, Personal Representative of the Estate of Robert A. Penner, Deceased, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Defendant MMA's motion, filing 64, is granted and MMA's First Amended Cross-claim against the Estate and its First Amended and Substituted Answer and Affirmative Defenses to the Estate's Cross-claim shall be filed within five days.

DATED this 28th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge