```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GEORGE BROTHERS PROPANE AND FERTILIZER CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3053 |
| v. | ) ) | |
| | ) | **AMENDED** |
| NAOMI CORNELIUS, Personal Representative of the Estate of Robert A. Penner, Deceased, and MMA INSURANCE COMPANY, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The pretrial conference is continued from February 21, 2008 to **February 27, 2008 at 11:00 a.m.** in the chambers of the undersigned. All other deadlines set in the progression order, filing 45, and in the stipulated order, filing 57, remain in effect.

DATED this 17th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge