UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GEORGE BROTHERS PROPANE AND FERTILIZER CORPORATION, A** Nebraska Corporation, | ) ) ) ) | Case: 4:07CV3053 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| **MMA INSURANCE COMPANY AND NAOMI CORNELIUS, PERSONAL REPRESENTATIVE of the ESTATE OF ROBERT A. PENNER, DECEASED,** | ) ) ) ) ) | JUDGMENT |
| Defendants, | ) ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) ) | |
| **MMA INSURANCE COMPANY,** | ) ) | |
| Defendant/Cross-claimant/Cross-Claimant Defendant, | ) ) ) | |
| v. | ) ) | |
| **THE ESTATE OF ROBERT A. PENNER, SR., (DECEASED) and NAOMI CORNELIUS, as PERSONAL REPRESENTATIVE of the ESTATE OF ROBERT A. PENNER, DECEASED,** | ) ) ) ) ) ) | |
| Defendants/Cross-Claimant/Cross-Claim Defendants. | ) ) | |

Pursuant to the parties' joint stipulation for dismissal with prejudice (filing 105) and Fed. R. Civ. P. 41, judgment is hereby entered, providing that all claims, cross-claims, and/or defenses asserted by any party to this action are dismissed with prejudice pursuant to an agreement between the parties. Each party shall bear its own costs and expenses, including attorneys' fees.

June 26, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge